# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MIROSLAV VITEK,

    Plaintiff,

v.

BOYD GAMING CORPORATION, et al.,

    Defendants.

Case No. 2:26-cv-00404-MMD-NJK

**Order**

[Docket No. 11]

Pending before the Court is the parties' stipulation to extend the deadline for Defendants to respond to Plaintiff's complaint and to modify the parties' briefing schedule. Docket No. 11.

For good cause shown, the Court will **GRANT** Defendants a 45-day extension to file their response to Plaintiff's complaint. Therefore, the deadline for Defendants' response is April 30, 2026.

However, the parties fail to provide reasons for extending the briefing schedule, as required by the local rules. *See* LR IA 6-1(a) ("A motion or stipulation to extend time must state the reasons for the extension requested"). Therefore, the Court **DENIES without prejudice** the request to extend the briefing schedule.

Accordingly, the Court **GRANTS in part** and **DENIES in part** the stipulation. Docket No. 11.

IT IS SO ORDERED.

Dated: March 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1