David Hilton Wise Esq.,
Nevada State Bar No. 11014
**WISE LAW FIRM**
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284
dwise@wiselaw.pro

Alexandr Rudenco (admitted *pro hac vice*)
**MILBERG PLLC**
800 South Gay Street
Knoxville, TN 37929
Telephone: (963) 243-0080
adrudenco@milberg.com

*Counsel for Miroslav Vitek and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MIROSLAV VITEK, Individually and on behalf of the Boyd Gaming Corporation 401(k) Plan and Trust, and on behalf of all the similarly situated participants and beneficiaries of the plan, <br><br> Plaintiff, <br><br> v. <br><br> BOYD GAMING CORPORATION; BOYD GAMING CORPORATION 401(K) PLAN AND TRUST COMMITTEE; John and Jane Does 1-30 in their capacities as fiduciaries and members of the committee, <br><br> Defendants. | Case No. 2:26-cv-00404-MD-NJK <br><br> ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS <br><br> (FIRST REQUEST) |

Plaintiff Miroslav Vitek (Plaintiff") , by and through counsel, and Defendant Boyd Gaming Corporation and Boyd Gaming Corporation 401(k) Plan and Trust Committee ("Defendants")

1

(together with Plaintiff, the "Parties"), by and through counsel, submit the following stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss. Specifically, it is hereby stipulated by and between the Parties that Plaintiff shall have an 18 day extension up to and including June 1, 2026, in which to file their response to Defendant's Motion. This Stipulation is submitted and based upon the following:

1.      Plaintiff was served with the Defendant's Motion to Dismiss on April 30, 2026, making its responsive pleading currently due on May 14, 2026.

2.      Defendant's 21-page motion to dismiss includes complex arguments which implicate breach of fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA") and numerous calculations with respect the target-date fund investments offered in the Station Casinos LLC & Affiliates 401(k) Retirement Plan. The Motion is accompanied by 233 pages of declarations and exhibits. Plaintiff requires additional time to prepare the response in opposition.

3.      The Parties have agreed to extend the deadline for Plaintiff to respond to the Motion to Dismiss by 18 days, until June 1, 2026, to allow Plaintiff sufficient time to research and address the arguments in Defendant's Motion and the required analysis of the exhibits attached thereto. Thus good cause exists to grant this extension.

4.      This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion.

5.      The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6 (b)(1).

6.      This Stipulation is made in good faith and not for the purpose of delay.

7.      Nothing in this stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection or right of any party in this case. Further, nothing in this Stipulation and

2

Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 4th day of May, 2026.

WISE LAW FIRM

/s/ *David Hilton Wise*
David Hilton Wise Esq.,
Nevada State Bar No. 11014
335 W 1st Street
Reno, Nevada 89503
Telephone: (775) 299-4284

MILBERG PLLC
Alexandr Rudenco Esq. (admitted *pro hac vice*)
800 South Gay Street
Knoxville, TN 37929
Telephone: (963) 247-0080
arudenco@milberg.com

*Attorneys for Plaintiff and the Prospective Class*

JACKSON LEWIS

/s/ *Phillip C. Thompson*
Deverie J. Christensen
Nevada State Bar No. 6596
300 Fourth St., Suite 900
Las Vegas, NV 89101

Phillip C. Thompson
Nevada State Bar No. 12114
7101 College Blvd
Overland Park, KS 66210

*Attorneys for Defendant Boyd Gaming Corporation*

**IT IS SO ORDERED**

Dated:  May 5, 2026

_____
UNITED STATES DISTRICT JUDGE

3