DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
PHILLIP C. THOMPSON, ESQ.
Nevada State Bar No. 12114
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
        phillip.thompson@jacksonlewis.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIROSLAV VITEK, Individually and on behalf of the Boyd Gaming Corporation 401(k) Plan and Trust, and on behalf of all the similarly situated participants and beneficiaries of the plan, <br><br> Plaintiff, <br><br> v. <br><br> BOYD GAMING CORPORATION; BOYD GAMING CORPORATION 401(k) PLAN AND TRUST COMMITTEE; John and Jane Does 1-30 in their capacities as fiduciaries and members of the Committee, <br><br> Defendants. | Case No. Case 2:26-cv-00404-MMD-NJK <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

Plaintiff Miroslav Vitek ("Plaintiff"), by and through his counsel, Wise Law Firm, PLC, and Defendants, Boyd Gaming Corporation ("BGC") and Boyd Gaming Corporation 401(k) Plan and Trust Committee (the "Committee") (collectively, "Defendants"), by and through their counsel, Jackson Lewis P.C., submit the following stipulation for an extension of time for Defendants to file a Reply in Support of their Motion to Dismiss.  Specifically, it is hereby stipulated by and between the Parties that Defendants shall have a 14-day extension, up to and including June 22, 2026, in which to file their Reply. This Stipulation is submitted and based upon the following:

Jackson Lewis P.C.
Las Vegas

1. Defendants filed their Motion to Dismiss on April 30, 2026. ECF No. 16.

2. On May 4, 2026, the Parties stipulated to an extension of 18 days for Plaintiff to file an Opposition to the Motion. ECF No. 18. In support of Plaintiff's extension, the Parties explained that Defendant's 21-page motion to dismiss includes complex arguments which implicate breach of fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA") and numerous calculations with respect the target-date fund investments offered in the Station Casinos LLC & Affiliates 401(k) Retirement Plan.

3. On May 5, 2026, the Court granted the request and extended Plaintiff's deadline to file his Opposition until June 1, 2026. ECF No. 18.

4. Plaintiff filed his Opposition on June 1, 2026. ECF No. 19.

5. For the same reasons supporting Plaintiff's 18-day extension to file his Opposition to the Motion to Dismiss, Defendants require a 14-day extension to their deadline to file a Reply in Support. Specifically, the 21-page Motion and 23-page Opposition include complex arguments which implicate breach of fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA"), numerous calculations with respect the target-date fund investments offered in the Plan at issue, and multiple fund metrics.

6. Accordingly, the Parties have agreed to extend the deadline for Defendants to file a Reply in Support of their Motion to Dismiss by 14 days, until June 22, 2026, to allow Defendants sufficient time to research and address the arguments in Plaintiff's Opposition and prepare their Reply brief. Thus, good cause exists to grant this extension.

7. This is the first stipulation to extend the time for Defendants to file a Reply in Support of their Motion to Dismiss.

8. The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6 (b)(1).

9. This Stipulation is made in good faith and not for the purpose of delay.

10. Nothing in this stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection or right of any party in this case. Further, nothing in this Stipulation

and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 2nd day of June, 2026.

WISE LAW FIRM, PLC

/s/ Alexandr Rudenco*_____
David Hilton Wise, Bar # 11014
335 W 1st Street
Reno, Nevada 89503

MILBERG, PLLC
Alexandr Rudenco, Esq.*
800 S. Gay St, Suite 1100
Knoxville, TN 37929

*Pro Hac Vice Forthcoming

Attorneys for Plaintiff

JACKSON LEWIS P.C.

/s/ Phillip C. Thompson_____
Deverie J. Christensen, Bar # 6596
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

Phillip C. Thompson, Bar # 12114
7101 College Blvd, #1200
Overland Park, KS 66210

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated:___June 5, 2026_____

Jackson Lewis P.C.
Las Vegas

3