# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MIROSLAV VITEK,

     Plaintiff,

v.

BOYD GAMING CORPORATION, et al.,

     Defendants.

Case No. 2:26-cv-00404-MMD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by June 23, 2026.

IT IS SO ORDERED.

Dated: June 16, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1